**No. P67/108.**—Selectile Co., Inc. *v.* United States, protest 62/8323 (Los Angeles).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of polished marble slabs similar in all material respects to those the subject of *Selectile Co., Inc.* v. *United States* (54 Cust. Ct. 30, C.D. 2504), the claim of the plaintiff was sustained.

**No. P67/109.**—R. H. Macy & Co., Inc. *v.* United States, protest 65/1101 (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.

**No. P67/110.**—Brown, Alcantar & Brown, Inc. *v.* United States, protests 62/15038, etc. (El Paso).

**No. P67/111.**—Bailey Mora Co., Inc., et al. *v.* United States, protests 63/8387, etc. (El Paso).

**No. P67/112.**—Bailey Mora Co., Inc. *v.* United States, protests 63/8388, etc. (El Paso).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of wood pine moldings similar in all material respects to those the subject of *Bailey-Mora Company, Inc., et al.* v. *United States* (57 Cust. Ct. 99 C.D. 2737), the claim of the plaintiffs was sustained.